E-FILED
Thursday, 16 February, 2017  10:14:25 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Danielle Duckley<br><br>       Plaintiff,<br><br><br>  -v.-<br>Contract Callers, Inc.<br><br>       Defendant. | Civil Action No: _____<br><br>**COMPLAINT** |

Plaintiff Danielle Duckley ("Plaintiff" or "Duckley"), by and through her attorneys, RC Law

Group, PLLC, as and for its Complaint against Defendant Contract Callers, Inc. ("Defendant" or

"CCI"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1.  Plaintiff brings this action for damages and declaratory and injunctive relief arising

from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code,

commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

2.  Plaintiff is a resident of the State of Illinois, County of Rock Island, residing at

1128 11 Street, Silvis, IL 61282.

3.  Defendant is a debt collector with an address at 501 Greene Street, 3rd Floor, Ste

302, Augusta, GA.

4.  Contract Callers, Inc is a "debt collector" as the phrase is defined in 15 U.S.C.

§ 1692(a)(6) and used in the FDCPA.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as

15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant

jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).


## FACTUAL ALLEGATIONS

7.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as

though fully state herein with the same force and effect as if the same were set forth at length

herein.

8.      On information and belief, on a date better known to Defendant, Defendant began

collection activities on an alleged consumer debt (the "Alleged Debt") from the Plaintiff.

9.      This debt was  incurred as a financial obligation that was primarily for personal,

family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C.

§ 1692a(5).

10.     The reporting of a debt to a credit reporting agency by a debt collector is a

communication covered by the FDCPA.

11.     Defendant reported the Alleged Debt on the Plaintiff's credit report.

12.     Plaintiff disputed the Alleged Debt directly with the Defendant with a dispute letter

on September 14, 2016.

13.     Plaintiff examined her credit report again on November 24, 2016 and found that

Defendant had re-reported the credit account to the bureau(s) in October 2016.

14. When Defendant re-reported the credit account after it received Plaintiff's dispute letter, Defendant failed to list the account as "disputed by consumer" despite being required to do so by the FDCPA.

15. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

17. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692d, 1692e(2), 1692e(5), 1692e(8), 1692e(10), and 1692f.

18. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Danielle Duckley demands judgment from the Defendant Contract Callers, Inc, as follows:

a) For actual damages provided and pursuant to  15 U.S.C. § 1692k(a)1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendants practices violated the FDCPA; and

e)      For any such other and further relief, as well as further costs, expenses and

disbursements of this action as this Court may deem just and proper.


Dated: Hackensack, New Jersey
       February 16, 2017


                                         _____/s/ Yaakov Saks_____
                                         **RC Law Group, PLLC**
                                         By:  Yaakov Saks, Esq.
                                         285 Passaic Street
                                         Hackensack, NJ 07601
                                         Phone: 201.282.6500 Ext. 201
                                         Fax: 201.282.6501